NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellant*

**v.**

**SMART MOBILE TECHNOLOGIES LLC,**
*Appellee*

———————————

2024-1655

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01005.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2         SAMSUNG ELECTRONICS CO., LTD. V. SMART MOBILE
                                    TECHNOLOGIES LLC

(2)  Each side shall bear their own costs.

FOR THE COURT

August 5, 2024
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 5, 2024